FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG - 5 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TAM QUANG DO,<br><br>    Defendant. | CR-07-0085-LRS<br><br>Final Order of Forfeiture |

WHEREAS, on January 22, 2008, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, preliminarily forfeiting to the United States the assets described below:

1) $45,000.00 in United States currency.

2) A 1997 Subaru Legacy, Washington license plate 956 VVN, VIN: 4S3BK4357V7311070.

WHEREAS Defendant TAM QUANG DO'S interest in the property described above was resolved pursuant to the United States pursuant to the plea agreement filed herein.

WHEREAS, 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2, require the resolution of all third-party claims to the property in the final order of forfeiture.

On January 25, 2008, the United States served, via certified mail, a copy of the Notice of Preliminary Order of Forfeiture and Preliminary Order of Forfeiture, upon Kim Do as evidenced by the Certificate of Service of Notice by Mail filed herein on

Final Order of Forfeiture -1-
P80801DW.TRA.wpd

March 17, 2008. The petition deadline was February 29, 2008. To date, Ms. Do has not filed a petition to claim an interest in the property.

On February 21, and 28, and March 6, 2008, the Notice of Preliminary Order of Forfeiture was published in the Cheney Free Press, a newspaper of general circulation in Spokane County, Washington, which notified all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the real property described above. In addition, notice of the criminal forfeiture action was posted on an official government internet site for at least 30 consecutive days beginning on January 25, 2008, as evidenced by the Declaration of Publication filed herein on March 17, 2008. At the latest, this petition deadline period expired on April 7, 2008.

It appearing to the Court that Defendant, TAM QUANG DO's interest has been resolved by the plea agreement filed herein;

It also appearing to the Court that no other timely petitions have been made claiming an interest in the assets;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the $45,000.00 in United States currency, and a 1997 Subaru Legacy, Washington license plate 956 VVN, VIN: 4S3BK4357V7311070, described herein, are hereby condemned and forfeited to the United States of America and no interest shall exist in any other person.

//
//
//
//
//
//
//
//

Final Order of Forfeiture -2-
P80801DW.TRA.wpd

All claims to the subject property have been addressed, accordingly,

IT IS FURTHER ORDERED that the United States shall dispose of the forfeited property in accordance with law.

ORDERED this 5 day of August, 2008.

Lonny R. Suko
United States District Judge

Presented by:

James A. McDevitt
United States Attorney

Pamela J. Byerly
Assistant United States Attorney

Final Order of Forfeiture -3-
P80801DW.TRA.wpd