UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TAM QUANG DO,<br><br>　　　　Defendant. | No. CR-07-085-LRS<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO MODIFY CONDITIONS OF RELEASE |

　　At the May 13, 2011, hearing on Defendant's Motion to Modify, Defendant appeared with Assistant Federal Defender Robert R. Fischer. Assistant U.S. Attorney Pamela J. Byerly represented the United States. Defendant has withdrawn his request for contact outside the workplace and, therefore, that part of his Motion **(Ct. Rec. 128)** is **DENIED as moot.**

　　There is no opposition by Ms. Nguyen, the Probation Office, or the United States to the limited modification of release conditions to permit limited, necessary, public contact with Ms. Nguyen in the workplace. Accordingly, that part of Defendant's Motion is **GRANTED**.

　　DATED May 13, 2011.

　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART AND DENYING IN PART
MOTION TO MODIFY CONDITIONS OF RELEASE - 1