PROB 12B
(7/93)

Report Date: June 28, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 28 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tam Quang Do                 Case Number: 2:07CR00085-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 04/14/2010          Type of Supervision: Supervised Release

Original Offense: Odometer Fraud, 49 U.S.C. § 32703(2); Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1); Mail Fraud, 18 U.S.C. § 1341

Date Supervision Commenced: 04/14/2010

Original Sentence: Prison - 146 Days; TSR - 36 Months

Date Supervision Expires: 04/13/2013

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   Successfully participate and complete a domestic violence certified perpetrator treatment program through Tapio Counseling. You shall allow reciprocal release of information between the supervising officer and treatment provider. The offender will incur all costs associated with domestic violence counseling.

### CAUSE

As a result of the offender's arrest and subsequent charge of fourth degree assault-domestic violence, it is recommended that he participate and successfully complete the above-referenced treatment program. Mr. Do will be allowed to reside with his girlfriend/alleged victim, if he adheres to the above-noted condition.

Mr. Do was asked whether he would waive his right to a hearing and agreed to the modifications as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Do has agreed to the proposed modifications.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted requiring Tam Do to participate in domestic violence counseling at the direction of the probation office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6-28-11

Tommy Rosser
U.S. Probation Officer

Prob 12B
**Re: Do, Tam Quang**
**June 28, 2011**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

6/28/11
_____
Date